UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLY A. BALDWIN, a single woman, | NO. CV-04-473-LRS |
| Plaintiff, | ORDER OF DISMISSAL |
| -vs- | |
| SPOKANE TENT & AWNING CO., INC., a Washington corporation, | |
| Defendant. | |

BEFORE THE COURT is the parties' stipulated proposed order of dismissal with prejudice (Ct. Rec. 43) filed on October 27, 2005. The parties stipulate that the plaintiff's complaint be dismissed with prejudice and that each party bear its own attorney fees and costs.

**IT IS ORDERED** that the above-titled case be dismissed with prejudice pursuant to the stipulation of dismissal and the file be closed in this matter.

**IT IS FURTHER ORDERED** that each party bear its own attorney fees and costs.

///

///

///

ORDER - 1

1 | The District Court Executive is directed to file this Order,
2 | provide copies to counsel, and close file.
3 | **DATED** this 28th day of October, 2005.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 2